UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-03319-KK-PVCx** | Date: | August 14, 2026 |
| Title: | ***Alejandro Pena v. Bobs Discount Furniture, LLC et al.*** | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On July 2, 2026, the Court set a Scheduling Conference for August 27, 2026. ECF Docket No. ("Dkt.") 10. The Court further ordered the parties to file a Joint Rule 26(f) Report no later than August 13, 2026. Id. To date, a Joint Rule 26(f) Report has not been filed. The parties are, therefore, in violation of the Court's July 2, 2026 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action for failure to prosecute or failure to comply with a court order. See Fed. R. Civ. P. 41(b). Before dismissing this action, however, the Court will afford the parties an opportunity to explain their failure to file the Joint Rule 26(f) Report as directed by the Court's July 2, 2026 Order.

Accordingly, the Court, on its own motion, orders the parties to show cause in writing **no later than seven (7) days from the date of this Order** why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders.

**The parties are expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders. See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**